# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-11845-ELF

RANDALL T DRAIN, SR.

2308 W. CUMBERLAND STREET

PHILADELPHIA, PA 19132

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RANDALL T DRAIN, SR.

    2308 W. CUMBERLAND STREET

    PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 9/20/2018

                                                    /S/ William C. Miller
                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee