United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11845-elf
Randall T. Drain, Sr.                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 2            Date Rcvd: Nov 14, 2018
                            Form ID: pdf900        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db            +Randall T. Drain, Sr.,    2308 W. Cumberland Street,    Philadelphia, PA 19132-4118
14100518      +Commonwealth of PA,   Dept. of Revenue,    c/o Christopher R. Momjian,    The Phoenix Building,
                1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14084435      +Debt Recovery Solution,    Attention: Bankruptcy,   6800 Jericho Turnpike   Ste 113E,
                Syosset, NY 11791-4401
14084436      +Equifax,    P.O. Box 740241,   Atlanta, GA 30374-0241
14084437      +Experian,   Profile Maintenance,    P.O. Box 9558,   Allen, Texas 75013-9558
14084440      +Matrix Financial,    2133 West Peoria,   Phoenix, AZ 85029-4928
14111828      +Matrix Financial Services Corporation,    1 Corporate Drive, Suite 360,
                Lake Zurich, IL 60047-8945
14084441      +Milstead and Associates,    1 East Stow Road,   Marlton, NJ 08053-3118
14084442       PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
                Harrisburg, PA 17120-0946
14084444      +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
14084445      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    P.O. Box 371339,
                Pittsburgh, PA 15250)
14094992      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
14188717      +Toyota Motor Credit Corp.,    c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14084447      +Trans Union Corporation,    Public Records Department,   555 West Adams Street,
                Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:11     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:11     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:32
                Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                Harrisburg, PA 17128-0946
14084433       E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:11     City of Philadelphia,
                Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadelphia, PA 19102
14084432       E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:11     City Of Philadelphia,
                Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
14090431      +E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:56:11
                CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14084431      +E-mail/Text: ecf@ccpclaw.com Nov 15 2018 03:54:57     Cibik and Cataldo, P.C.,
                1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
14084434       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:31     Commonwealth of PA,
                Dept. of Revenue,    Bureau of Compliance,   P.O. Box 280946,    Harrisburg, PA 17128-0946
14084438       E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 03:55:04     I.R.S.,    P.O. Box 7346,
                Philadelphia, PA  19101-7346
14084443       E-mail/Text: bankruptcygroup@peco-energy.com Nov 15 2018 03:55:06     Peco Energy,
                2301 Market Street # N 3-1,    Legal Department,   Philadelphia PA 19103-1338
14099338       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:31
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14084448      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2018 03:54:55
                Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
14084449      +E-mail/Text: bncnotice@ph13trustee.com Nov 15 2018 03:56:20     William C. Miller, Esquire,
                Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
14084439*      I.R.S.,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14084446*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Mtr,    Toyota Financial Services,   PO Box 8026,
                Cedar Rapids, IA 52408)
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: Nov 14, 2018
                               Form ID: pdf900              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:

```
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue crmomjian@attorneygeneral.gov
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   MATRIX FINANCIAL SERVICES CORPORATION
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor Randall T. Drain, Sr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Randall T. Drain, Sr. ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
    RANDALL T. DRAIN, SR.,                  :
        Debtor(s)                              :        Bky. No. 18-11845 ELF

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **November 14, 2018**

                                                  ERIC L. FRANK
                                                  U.S. BANKRUPTCY JUDGE